```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

NORA DENT,

    Plaintiff,

VS.                                          NO. 07-2238-MaP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    On April 4, 2007, the plaintiff filed a complaint for review of a decision denying a claim for social security disability benefits against the defendant. The matter was referred to Magistrate Judge Tu M. Pham for report and recommendation. On March 6, 2008, Magistrate Judge Pham filed his Report and Recommendation, which recommended that the Commissioner's decision be remanded for further proceedings. On March 23, 2008, plaintiff filed a motion for entry of an order adopting the magistrate judge's report and recommendation. There have been no objections or exceptions filed to the report and recommendation and the time for objections has passed.

    Having reviewed the magistrate judge's Report and Recommendation, the court concludes that the findings and conclusions of the magistrate judge are correct. The court adopts the magistrate's March 6, 2008, Report and Recommendation

in all respects and finds that the Commissioner's decision should be remanded for further proceedings consistent with the Report and Recommendation.

It is so ORDERED this 25th day of March, 2008.

              s/ SAMUEL H. MAYS, JR.
              UNITED STATES DISTRICT JUDGE

07-2238.AdoptSS.wpd